# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

Civil Action No. 5:14-cv-00651-TJC-PRL

THE AMERICAN HUMANIST ASSOCIATION, INC.,
ART ROJAS,
FRANCES JEAN PORGAL,
LUCINA HALE,
And DANIEL HALE,

*Plaintiffs*,

*v.*

CITY OF OCALA, FLORIDA,
KENT GUINN, individually and in his official capacity as mayor of the City of Ocala,
OCALA POLICE DEPARTMENT,
and GREG GRAHAM, individually and in his official capacity as chief of police of the Ocala Police Department,

*Defendant*s.
_____/

### MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICE OF ELECTRONIC FILING

In accordance with Local Rule 2.02 for the Middle District of Florida, which governs special admissions for practice for out of state attorneys, the undersigned respectfully moves for the admission *pro hac vice* of attorneys David A. French, Carly F. Gammill, and Abigail A. Southerland, of the American Center for Law & Justice, 188 Front Street, Suite 116-19, Franklin, Williamson County, TN, 37064, and Olivia F. Summers, of the American Center for Law & Justice, 1000 Regent University Drive, RH-422, Virginia Beach, VA, 23464, for the purposes of appearance as co-counsel on behalf

1

of Defendants the City of Ocala, Florida, Kent Guinn, City of Ocala Police Department, and Greg Graham in the above-styled case only, and pursuant to Section IID of the CM/ECF Administrative Procedures, to permit David A. French, Esq., Carly F. Gammill, Esq., Abigail A. Southerland, Esq., and Olivia F. Summers, Esq.to receive electronic filings in this case, and in support thereof states as follows:

1. David A. French, Esq. is not admitted to practice in the Middle District of Florida and is a member in good standing of the following jurisdictions and courts: Supreme Court of Tennessee, Bar No. 016692; Supreme Court of Kentucky (inactive); United States Supreme Court; U.S. Court of Appeals for the Third Circuit; U.S. Court of Appeals for the Fourth Circuit; U.S. Court of Appeals for the Sixth Circuit; U.S. Court of Appeals for the Seventh Circuit; U.S. Court of Appeals for the Ninth Circuit, District Court of Kentucky, Eastern District; District Court of Kentucky, Western District; District Court of Georgia, Southern District; District Court of Wisconsin, Western District; District Court of Indiana, Northern District; District Court of Michigan, Eastern District; District Court of Michigan, Western District; District Court of Tennessee, Middle District; District Court of New York, Northern District. Additionally, he has previously been admitted *pro hac vice* in numerous federal courts, including, most recently, the following: U.S. Dist. Ct. Central District of California, U.S. Dist. Ct. District of New Hampshire, U.S. Dist. Ct. District of Connecticut, U.S. Dist. Ct. District of Maryland, U.S. Dist. Ct. District of Columbia, U.S. Dist. Ct. Northern District of New York.

2. Carly F. Gammill, Esq. is not admitted to practice in the Middle District of Florida and is a member in good standing of the following jurisdictions and courts: Supreme Court of Tennessee, Bar No. 28217; Supreme Court of Virginia, Bar No. 74903; District of Columbia Court of Appeals, Bar No. 982663; U.S. Court of Appeals Fourth Circuit; U.S. Dist. Ct. Eastern District of Michigan; U.S. Court of Appeals Sixth Circuit; U.S. Dist. Ct. Middle District of Tennessee; U.S. Dist. Ct. Eastern District of Arkansas; U.S. Court of Appeals D.C. Circuit; U.S. Court of Appeals Second Circuit; United States Supreme Court. Additionally, she has previously been admitted *pro hac vice* in the following courts: U.S. Dist. Ct. Central District of California, U.S. Dist. Ct. District of New Hampshire, U.S. Dist. Ct. District of Connecticut, U.S. Dist. Ct. District of Maryland, U.S. Dist. Ct. District of Columbia, U.S. Dist. Ct. Southern District of New York, U.S. Dist. Ct. Northern District of New York, U.S. Dist. Ct. Eastern District of Texas, Supreme Court of Kansas.

3. Abigail A. Southerland, Esq. is not admitted to practice in the Middle District of Florida and is a member in good standing for the following jurisdictions and courts: Supreme Court of Tennessee, Bar No. 26608; United States Supreme Court; United States Court of Appeals for the 6th Circuit; U.S. District Court of Tennessee, Middle District; U.S. District Court of Arkansas, Eastern District; U.S. District Court of Michigan, Western District. Additionally, she has previously been admitted *pro hac vice* in the following courts: U.S. Dist. Ct. Central District of California, U.S. Dist. Ct. District of

New Hampshire, U.S. Dist. Ct. District of Connecticut, U.S. Dist. Ct. District of Maryland, U.S. Dist. Ct. District of Columbia, U.S. Dist. Ct. Northern District of New York.

4. Olivia F. Summers, Esq. is not admitted to practice in the Middle District of Florida and is a member in good standing of the following jurisdictions and courts: Supreme Court of Virginia, Bar No: 86919; District of Columbia Court of Appeals, Bar No: 1017339.

5. Movant, Patrick G. Gilligan, Esq. of the law firm of Gilligan, Gooding & Franjola, P.A., 1531 SE 36th Avenue, Ocala, FL 34471, is a member in good standing of the Florida Bar, the United States District Court for the Middle District of Florida, and the United States Supreme Court, maintains an office in the State for the practice of law, and is authorized to file through the court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.

6. In accordance with the local rules of this Court, David A. French, Esq., Carly F. Gammill, Esq., Abigail A. Southerland, Esq., and Olivia F. Summers, Esq., have made, or are making contemporaneously with this filing, their respective

court admission fees of ten dollars ($10) each. A Special Admission Attorney Certification form has been filed for each attorney.

7. David A. French, Esq., Carly F. Gammill, Esq., Abigail A. Southerland, Esq., and Olivia F. Summers, Esq., by and through designated counsel and pursuant to Section IID of the CM/ECF Administrative Procedures, hereby request the Court to provide Notice of Electronic Filings to David A. French, Esq. at dfrench@aclj.org, to Carly F. Gammill, Esq. at cgammill@aclj-dc.org, to Abigail A. Southerland, Esq. at asoutherland@aclj.org, and to Olivia F. Summers, Esq. at osummers@aclj.org.

8. This motion will be served electronically.

WHEREFORE Patrick G. Gilligan, Esq. moves this Court to enter an Order allowing David A. French, Esq., Carly F. Gammill, Esq., Abigail A. Southerland, Esq., and Olivia F. Summers, Esq. to appear before this Court on behalf of Defendants the City of Ocala, Florida, Kent Guinn, City of Ocala Police Department, and Greg Graham for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to David A. French, Esq., Carly F. Gammill, Esq., Abigail A. Southerland, Esq., and Olivia F. Summers, Esq.

Respectfully submitted,

_____
Patrick G. Gilligan, Esq.

Florida Bar No. 375454
Gilligan, Gooding & Franjola, P.A.
1531 SE 36th Avenue,
Ocala, FL 34471
Telephone: 352-867-7707
Facsimile: 352-867-0237
pgilligan@ocalalaw.com

Attorney for Defendants

E:\CITY\Litigation\American Humanist Association\Motions&Orders\Defts Mtn Appear PHV 12.23.14.docx