IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 18-12679-AA

_____

ART ROJAS,
LUCINDA HALE,
DANIEL HALE,

                              Plaintiffs - Appellees,

versus

CITY OF OCALA, FLORIDA,
GREG GRAHAM,
individually and in his official capacity as chief of police of the Ocala Police Department,

                              Defendants - Appellants,

KENT GUINN,
individually and in his official capacity as mayor of the City of Ocala,

                              Defendant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

ORDER:

Before the Court is the "Suggestion of Death" concerning Plaintiff-Appellee Daniel Hale, filed in this Court on October 22, 2021. Additionally, the Court notes the "Suggestion of Death" concerning Defendant-Appellant Greg Graham, filed in the district court on January 25, 2021.

On November 23, 2021, the Court issued an order directing the parties to file notices indicating their positions as to the impact on this appeal of (a) the death of Plaintiff-Appellee Daniel Hale and (b) the death of Defendant-Appellant Greg Graham.

On December 2, 2021, the parties filed a "Notice Regarding Death of Select Parties and Impact on this Appeal," in which they state that "neither the death of Plaintiff-Appellee Daniel Hale nor Defendant-Appellant Greg Graham impact the appeal and this Court's review of the issues presented . . . ."

In light of the parties' notice, the appeal may proceed, and the Court DIRECTS the Clerk's Office to change the case caption as follows: (1) remove "DANIEL HALE" as a Plaintiff-Appellee; and (2) replace Defendant-Appellant "GREG GRAHAM, individually and in his official capacity of chief of police of the Ocala Police Department" with "CHIEF OF POLICE OF THE OCALA POLICE DEPARTMENT."

/s/ Robin S. Rosenbaum
UNITED STATES CIRCUIT JUDGE

| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **To:** | FLMD_EFILE_APPEALS |
| **Subject:** | 18-12679-AA Art Rojas, et al v. City of Ocala, Florida, et al "Court Order Filed On the Courts own Motion Suggestion of Death in Civil Case" (5:14-cv-00651-TJC-PRL) |
| **Date:** | Monday, December 13, 2021 10:52:25 AM |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### United States Court of Appeals for the Eleventh Circuit

**Notice of Docket Activity**

The following transaction was filed on 12/13/2021

**Case Name:**   Art Rojas, et al v. City of Ocala, Florida, et al
**Case Number:**   18-12679
**Document(s):**   Document(s)

**Docket Text:**
ORDER: ...In light of the parties' notice, the appeal may proceed, and the Court DIRECTS the Clerk's Office to change the case caption as follows: (1) remove "DANIEL HALE" as a Plaintiff-Appellee; and (2) replace Defendant-Appellant "GREG GRAHAM, individually and in his official capacity of chief of police of the Ocala Police Department" with "CHIEF OF POLICE OF THE OCALA POLICE DEPARTMENT." RSR (See attached order for complete text)

**Notice will be electronically mailed to:**

Clerk - Middle District of Florida, Clerk of Court
George Franjola
Carly F. Gammill
Patrick Gerald Gilligan
Francis J. Manion
Monica Lynn Miller
Jay Alan Sekulow
Jordan A. Sekulow
Abigail Ann Southerland
Christina Stierhoff


The following document(s) are associated with this transaction:
**Document Description:** Court Order Filed
**Original Filename:** 18-12679+Order+(suggestion+of+death+II).pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=12/13/2021] [FileNumber=9552004-0]
[2caf28630f8036c8f7404c0fddf702321a44382b6340cf8571605dfcca095dec6d1921f8f743fb69c1eecec5d3200bdf76258bd7235e4c281765e9812cae7c54]]