IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| ART ROJAS, et al., <br>     Plaintiffs, <br><br> v. <br><br> CITY OF OCALA, FLORIDA, et al., <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> )    Case No. 5:14-cv-00651 <br> ) <br> ) <br> ) <br> ) |

_____

**NOTICE OF PROPOSED SCHEDULE**
_____

Pursuant to Fed. R. Civ. P. Rule 16(b) and the Order entered by the Court in this case on March 31, 2023, the parties now propose the following schedule to resolve the case. Counsel for both parties have conferred regarding a path forward for resolving this case and propose a summary judgment briefing schedule to allow the parties to present legal argument on whether a violation of the Establishment Clause has occurred applying "the historical practices and understandings standard" endorsed in *Kennedy v. Bremerton Sch. Dist.*, 142 S. Ct. 2407, 2427 (2022). The parties propose the following briefing schedule and have agreed to the deadlines set forth below:

June 30, 2023:    Deadline to file motion for summary judgment

1

July 31, 2023:	Deadline to file response in opposition to motion for summary judgment.

August 28, 2023:	Deadline to file reply

Respectfully submitted this 15th May of 2023.

        <u>s/ Abigail Southerland</u>
        Abigail A. Southerland (admitted
          *pro hac vice*)
        American Center for Law & Justice
        625 Bakers Bridge Ave,
        Suite 105-121
        Franklin, TN 37067
        Telephone: 800-296-4529
        Facsimile: 615-599-5189
        asoutherland@aclj.org

        Olivia F. Summers (admitted
        *pro hac vice*)
        American Center for Law & Justice
        1000 Regent University Dr.,RH 422
        Virginia Beach, VA 23464
        osummers@aclj.org

        Patrick G. Gilligan, Esq.
        Florida Bar No. 375454
        Gilligan, Anderson & Phelan, P.A.
        1531 SE 36th Avenue,
        Ocala, FL 3447
        Telephone: 352-867-7707
        pgilligan@ocalalaw.com

        ***Counsel for Defendants***

<div style="margin-left: 40%;">

<u>s/ Heather Morcroft</u>
Heather Morcroft
Law Office of Heather Morcroft
331 S. Wymore Road
Winter Park, FL 32789
hmorcroft13@gmail.com
407-636-3150

and

<u>s/ Katherine McKerall</u>
Attorney Katherine E. McKerall
American Humanist Association
1821 Jefferson Place N.W.
Washington, D.C.20036
kmckerall@americanhumanist.org
202-238-9088 ext. 1030
Admitted Pro Hac Vice

***Counsel for Plaintiffs***

</div>

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2023, a true and correct copy of the foregoing document is being served upon the all counsel of record via the Court's e-filing system.

/s/ Abigail Southerland
Abigail Southerland