# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

ART ROJAS and LUCINDA HALE,

    Plaintiffs,

v.                                                   Case No. 5:14-cv-651-TJC-PRL

CITY OF OCALA, FLORIDA, KENT
GUINN, individually and in his
official capacity as mayor of the City
of Ocala, and CHIEF OF POLICE
OF THE OCALA POLICE
DEPARTMENT,

    Defendants.

## NOTICE OF TELEPHONE HEARING

**TAKE NOTICE** that this case is hereby **SET** for a **TELEPHONE STATUS CONFERENCE** to discuss case status and schedule on **June 6, 2023** at **11:00 a.m.** before the Honorable Timothy J. Corrigan, United States District Judge. The conference line will be activated at 10:50 a.m. so the hearing may start promptly at 11:00 a.m. To participate in the call, the parties are directed to call the reserved conference line toll free at **1-888-684-8852**. The access code for all participants is **2594705** and the participant security code is **14651**.[1]

---

[1] To reduce background audio interference, the parties should not use the speaker function during the call and are encouraged to use landlines if possible. Further, parties must put their phones on mute when not speaking. Additionally, each party must identify themselves when speaking so the court

**DATED** this 24th day of May, 2023.

                                                TIMOTHY J. CORRIGAN
                                              United States District Judge

                                              By: /s/ Courtney Meyer
                                              Courtney Meyer
                                              Law Clerk
                                              (904) 549-1311

Copies to:
Counsel of record

---

reporter can accurately report the proceedings.