UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**ART ROJAS and LUCINDA HALE,**

    Plaintiffs,

v.                                                  Case No: 5:14-cv-651-TJC-PRL

**CITY OF OCALA, FLORIDA, KENT GUINN and CHIEF OF POLICE OF THE OCALA POLICE DEPARTMENT,**

    Defendants.

## ORDER

The motion to appear *pro hac vice* of Geoffrey R. Surtees, Esq. (Doc. 139) is **GRANTED**, provided counsel **shall register for and use the electronic filing system** as adopted by the Court. After this Order, the Clerk will no longer send copies of docket entries by U.S. Mail to counsel in this case. Counsel can register for a CM/ECF login password through the website at www.flmd.uscourts.gov under "CM/ECF."

**DONE** and **ORDERED** in Ocala, Florida on June 2, 2023.

*[signature]*

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties