# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

ART ROJAS, et al.,

       Plaintiffs,

v.                                        Case No. 5:14-cv-651-TJC-PRL

CITY OF OCALA, FLORIDA,

       Defendant.

_____

## O R D E R

As announced at the June 6, 2023 telephone status conference, the record of which is incorporated by reference, the following schedule will govern these proceedings:

- Plaintiffs' motion for summary judgment due    **July 14, 2023** (limited to 25 pages)

- Defendant's response and cross-motion due    **August 15, 2023** (limited to 25 pages)

- Plaintiffs' response due    **September 15, 2023** (limited to 15 pages)

- Defendant's reply due    **October 13, 2023** (limited to 15 pages)

- Date reserved for oral argument[1] Bryan Simpson United States Courthouse Jacksonville, Florida    **January 17, 2024 10:00 a.m. Courtroom 10D**

_____

[1] In the event the Court determines argument is not necessary, the hearing will be cancelled at least 30 days ahead of time. See Local Rule 7.02 regarding the use of electronics in the courthouse.

Although the Eleventh Circuit has determined that at least one of the plaintiffs has standing, the parties should file notices of supplemental authority to alert the Court to any relevant published opinions from the Eleventh Circuit or the United States Supreme Court that might bear on that issue.

**DONE AND ORDERED** in Jacksonville, Florida this 7th day of June, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:
Counsel of record