IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| ART ROJAS and LUCINDA HALE, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | 5:14-cv-00651 |
| CITY OF OCALA, FLORIDA, et al., ) | |
| ) | |
| **Defendants** ) | |

**Plaintiffs' Unopposed Motion to**

**Delay Briefing on Attorneys' Fees and Costs**

Plaintiffs hereby respectfully request that the Court delay the due date for Plaintiffs' motion for attorneys' fees and costs until the conclusion of any appeal that the Defendants take from this Court's June 26, 2024, ruling; or, in the alternative, if Defendants opt not to appeal the ruling, that the due date for Plaintiffs' motion for fees and costs be moved to August 26, 2024.  Defendants do not oppose this Motion.

The reasons for this Motion are as follows:

1. This case was filed by the Plaintiffs in November 2014.  After the Court awarded the Plaintiffs summary judgment on May 24, 2018 (Dkt. 88), the Defendants took an appeal (Dkt. 91).  Plaintiffs filed a motion for costs on June 6,

2018 (Dkt. 89), and a motion for attorneys' fees on June 15, 2018 (Dkt. 90). After full briefing of these motions, on April 15, 2021, the Court opted to hold the motions for fees and costs in abeyance pending conclusion of the then-pending appeal (Dkt. 119).

2. On July 22, 2022, the Eleventh Circuit reversed the trial court's ruling and remanded the case for further proceedings in light of an intervening U.S. Supreme Court decision (Dkt. 122). *See Rojas v. City of Ocala*, 40 F.4th 1347 (11th Cir. 2022). The Defendants' Petition for a Writ of Certiorari to the U.S. Supreme Court was subsequently denied (Dkt. 127).

3. On remand, the parties filed renewed motions for summary judgment (Dkts. 145-49). On June 26, 2024, this Court awarded summary judgment to Plaintiffs and directed the Plaintiffs to submit a motion for fees and costs by July 26, 2024 (Dkt. 158).

4. Since then, Defendants' counsel has told the undersigned counsel that the Defendants may appeal the Court's June 26th ruling. Defendants' Notice of Appeal would be due on July 26, 2024. It would be inefficient for attorney-fee briefing to take place now if Defendants choose to appeal the trial court's ruling. Although Plaintiffs have every intention of vigorously defending this Court's decision, if the Eleventh Circuit were to reverse this Court's June 26th decision, the need for briefing or a decision from this Court on the question of costs and fees would be

obviated. Conversely, if fee briefing were to take place now and the Eleventh Circuit were to *affirm* this Court's June 26th decision, the Parties would have to undertake yet another round of attorney-fee briefing to account for the work undertaken on appeal.

5. We will know by July 26, 2024, if Defendants will be appealing this Court's June 26th ruling. If they choose not to appeal, there would be no reason for any additional delay. In that event, Plaintiffs request that they have until August 26, 2024, to file their motion for fees and costs.

6. Defendants do not oppose this Motion, presumably because they too would prefer a situation in which unnecessary briefing can be avoided and, insofar as briefing is necessary, it is consolidated into a single round of filings.

In sum, Plaintiffs respectfully request to have until August 26, 2024, to file their motion for attorneys' fees and costs in the event Defendants do not file a Notice of Appeal; or, in the alternative, for briefing on attorneys' fees and costs to be delayed until the conclusion of the Defendants appeal in the event they appeal the Court's June 26th decision.

Respectfully,

/s/ Ayesha N. Khan
Ayesha N. Khan, Esq.
Potomac Law Group, PLLC
1717 Pennsylvania Avenue, NW
Suite 1025
Washington, DC 20006
akhan@potomaclaw.com
Tel. (202) 836-7136
DC Bar: 426836/MD Bar: 1512220008

Heather Morcroft
Law Office of Heather Morcroft
331 S. Wymore Road
Winter Park, FL 32789
hmorcroft13@gmail.com
407-636-3150

**ATTORNEYS FOR PLAINTIFFS**

CERTIFICATE OF SERVICE

    I hereby certify that on July 11, 2024, the foregoing document was filed using the Court's ECF system, which will generate service on all parties indicated on the electronic filing receipt, including counsel for the Defendants.

                                       /s/ Ayesha N. Khan
                                       Ayesha Khan