**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

ART ROJAS and LUCINDA HALE,

    Plaintiffs,

                                                      Case No. 5:14-cv-651-TJC-PRL

v.

CITY OF OCALA,

    Defendant.

_____

## **ORDER SETTING TELEPHONE HEARING**

This case is hereby **SET** for **TELEPHONE HEARING** on **July 24, 2024, at 10:00 AM**. The status conference will address Plaintiffs' Unopposed Motion to Delay Briefing on Attorney's Fees and Costs. Doc. 159. The Court's intention was to enter final judgment after addressing issues of attorney's fees and costs. That is why the Court's order states "The Clerk is directed to withhold entry of judgment until the Court has resolved plaintiffs' request for attorneys' fees and costs." Doc. 158 at 50; see Fed. R. Civ. P. 54(b). The Court is willing to consider entering a Rule 54(b) judgment retaining jurisdiction to later address attorney's fees and costs. The Parties should be prepared to discuss preferred alternatives, and the Court will reset deadlines accordingly.

The conference line will be activated at 1:50 p.m. so the hearing may start promptly at 2:00 p.m.[1]  To participate in the call, the parties are directed to call the reserved conference line toll free at **1-650-479-3207**. The access code for all participants is **23056509762**.[2]

**DONE AND ORDERED** in Jacksonville, Florida the 17th day of July, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

ddw
Copies:

Counsel of record

---

[1] To reduce background audio interference, the parties should not use the speaker function during the call and are encouraged to use landlines if possible. <u>Parties must put their phones on mute when not speaking.</u> Additionally, each party must identify themselves when speaking so the court reporter can accurately report the proceedings.

[2] There is not a separate participant code and Parties should follow the call instructions when a participant code is requested.