UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ART ROJAS and LUCINDA HALE,

    Plaintiffs,

v.	Case No. 5:14-cv-651-TJC-PRL

CITY OF OCALA,

    Defendant.

_____

# FINAL JUDGMENT

Pursuant to the Court's Order entered June 26, 2024 (Doc. 158), incorporated by reference, and in accordance with Rule 58 (a), Federal Rules of Civil Procedure, Final Judgment is hereby entered in favor of plaintiffs, Art Rojas and Lucinda Hale, and against defendant, City of Ocala. The Court retains jurisdiction to decide any motions about entitlement to and amount of attorney's fees and costs, to be addressed after any appeal of this Final Judgment has been resolved.

**DONE AND ORDERED** in Jacksonville, Florida the 25th day of July, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

ddw
Copies:
Counsel of record