IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| ART ROJAS, et al., ) | |
| ) | |
|       Plaintiffs, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | 5:14-cv-00651 |
| CITY OF OCALA, FLORIDA, ) | |
| ) | |
|       Defendant. ) | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant, City of Ocala, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the "Final Judgment" entered in this action on July 25, 2024. (Doc. 163.) The appeal is from each and every aspect of that final judgment, including the Order of June 26, 2024 (Doc. 158) granting Plaintiffs' Motion for Summary Judgment.

Respectfully submitted, this 12th day of August 2024,

                                            /s/ Abigail Southerland
                                            Abigail A. Southerland (*admitted pro hac vice*)
                                            American Center for Law & Justice
                                            625 Bakers Bridge Ave,
                                            Suite 105-121
                                            Franklin, TN 37067
                                            Telephone: 800-296-4529
                                            asoutherland@aclj.org

Geoffrey R. Surtees (*admitted pro hac vice*)
American Center for Law & Justice
P.O. Box 60
New Hope, KY  40052
Telephone: 502-549-7020
gsurtees@aclj.org

Patrick G. Gilligan, Esq.
Florida Bar No. 375454
Gilligan, Anderson & Phelan, P.A.
1531 SE 36th Avenue,
Ocala, FL 3447
Telephone: 352-867-7707
pgilligan@ocalalaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on _August 12, 2024, the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

<u>/s/ Abigail A. Southerland</u>
Abigail A. Southerland